JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER PATRICK ALLEN,<br><br>  Plaintiff,<br><br>v.<br><br>OFFICER GARCIA; DON PARK; BRENT HOULIHAN; CITY OF LOS ANGELES; and DOES 1-100, Inclusive,<br><br>  Defendants. | Case No. CV13-06002 GAF (VBKx)<br>*Hon. Gary A. Feess - Ctrm. 740 Roybal*<br>*Hon. Mag. Victor B. Kenton - Ctrm. 590 Roybal*<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CITY DEFENDANT** |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned action against Defendants CITY OF LOS ANGELES, DONG PARK, BRENT HOULIHAN and DANIEL GARCIA is dismissed, *with prejudice* in its entirety.  Each party to bear their own costs and fees.  This dismissal does not constitute an adjudication on the merits.

**IT IS SO ORDERED:**

DATED: September 16, 2014  _____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**

1